# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**JERRY HARVEY and CASSANDRA HARVEY,**

      Plaintiffs,

vs.                                    **CASE NO. 3:10-cv-516-J-20TEM**

**HORIZON LINES, LLC, a foreign
limited liability company, HORIZON
LINES, INC., a foreign corporation,
and the SS HORIZON TRADER,
her engines, tackle, etc., *in rem*,**

      Defendants,

and

**HORIZON LINES, LLC, a foreign limited
liability company, and the SS HORIZON
TRADER, her engines, tackle, etc., *in rem*,**

      Third-Party Plaintiffs,

vs.

**JACKSONVILLE PORT AUTHORITY,**

      Third-Party Defendant/Fourth-Party Plaintiff,

vs.

**APM TERMINALS NORTH AMERICA, INC.,
a foreign corporation, and
UNIVERSAL MARITIME SERVICE CORP.,
a foreign corporation,**

      Fourth-Party Defendants.

_____/

## O R D E R

This cause is before this Court on Plaintiffs' Second Unopposed Motion for Court's Retention

of Jurisdiction for 90 days for Parties to Consummate Settlement (Doc. 62, filed November 4, 2011).

It is **ORDERED**:

1. Plaintiffs' Second Unopposed Motion for Court's Retention of Jurisdiction for 90 days for Parties to Consummate Settlement (Doc. 62, filed November 4, 2011) is **GRANTED** to the extent that any party may move this Court, within ninety (90) days hereof, for the purpose of entering a Dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings;

2. This Court will not, absent extraordinary circumstances, grant another extension of time of the above deadline; and

3. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this _8th_ day of November, 2011.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Dwayne Lee Clark, Esq.
Jacob Shisha, Esq.
Kristen Zedella Watson, Esq.
Beau A. Baker, Esq.
Suzanne M. Judas, Esq.
Carol Mirando, Esq.
Jonah M. Levine, Esq.
Michael Joseph Bradford, Esq.
Robert B. Birthisel, Esq.
Lindsey C. Brock , III, Esq.