FILED 2011 NOV 16 AM 11: 00 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JERRY HARVEY and CASSANDRA HARVEY,

    Plaintiffs,

vs.      CASE NO. 3:10-cv-516-J-20TEM

HORIZON LINES, LLC, a foreign
limited liability company, HORIZON
LINES, INC., a foreign corporation,
and the SS HORIZON TRADER,
her engines, tackle, etc., *in rem*,

    Defendants,
and

HORIZON LINES, LLC, a foreign limited
liability company, and the SS HORIZON
TRADER, her engines, tackle, etc., *in rem*,

    Third-Party Plaintiffs,

vs.

JACKSONVILLE PORT AUTHORITY,

    Third-Party Defendant/Fourth-Party Plaintiff,

vs.

APM TERMINALS NORTH AMERICA, INC.,
a foreign corporation, and
UNIVERSAL MARITIME SERVICE CORP.,
a foreign corporation,

    Fourth-Party Defendants.
_____/

## O R D E R

This cause is before this Court on the parties' Notice of Final Settlement and Stipulation of

Voluntary Dismissal With Prejudice (Doc. 64, filed November 14, 2011).

Accordingly, it is **ORDERED**:

1. The parties' Notice of Final Settlement and Stipulation of Voluntary Dismissal With Prejudice (Doc. 64, filed November 14, 2011) is **GRANTED**;

2. Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice**; and

3. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 14 day of November, 2011.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Dwayne Lee Clark, Esq.
Jacob Shisha, Esq.
Kristen Zedella Watson, Esq.
Beau A. Baker, Esq.
Suzanne M. Judas, Esq.
Carol Mirando, Esq.
Jonah M. Levine, Esq.
Michael Joseph Bradford, Esq.
Robert B. Birthisel, Esq.
Lindsey C. Brock , III, Esq.